WILLIAM I. LOGAN, Respondent, v. JOHN W. SIMPSON et al., as Executors of JOHN G. MOORE, Deceased, et al., Respondents, and ELIAS C. BENEDICT, Appellant.

*Logan* v. *Simpson*, 60 App. Div. 617, appeal dismissed.
(Argued January 6, 1902; decided January 14, 1902.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 25, 1901, affirming a judgment entered upon the report of a referee, which dismissed the complaint as against the defendants other than the defendant Benedict, and dismissed the counterclaim of the defendant Benedict against the plaintiff and the other defendants.

The motion was made upon the grounds that the Court of Appeals had no jurisdiction to entertain the appeal; that the appellant's exceptions were frivolous, and that the appeal had been taken for the purposes of delay.

*Edward P. Lyon* for motion.

*John L. Hill* opposed.

Motion granted, with ten dollars costs of motion, and appeal dismissed, with costs.